MARIE LOBOMIRSKA v. THE NATIONAL CITY BANK OF NEW YORK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALTER MIRSKI v. THE NATIONAL CITY BANK OF NEW YORK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAXWELL E. ERDOFY v. THE NATIONAL CITY BANK OF NEW YORK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB KLEIN, an Infant, etc., v. GRUENSTEIN & MAYER CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROSE COHEN.— Motion granted, and the time of the defendant within which to bring on appeal for argument extended to and including October 1, 1929; appellant to serve and file notice of argument for said date. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE A. GLOOR v. MAUDE NATALEE DENNEY SPRINGER, Sometimes Known as MAUDE NATALEE GLOOR.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX HOFFMAN and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WALTER H. ALDRIDGE and Others to Vacate Subpoena Issued to WALTER H. ALDRIDGE and a Subpoena Duces Tecum Issued to TEXAS GULF SULPHUR COMPANY and WALTER H. ALDRIDGE, President, in Action of THE UNION SULPHUR COMPANY v. TEXAS GULF SULPHUR COMPANY and Others, Pending in the District Court of Wharton County, Texas.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELEN BURNS v. JAMES H. CHRISTIE and JOSEPH GALVAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and the appellant's points to be filed on or before September 14, 1929, with notice of argument for October 1, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between RUSSELL B. MARCHANT, as Trustee in Bankruptcy, etc., and MEAD-MORRISON MANUFACTURING COMPANY.— Motion granted; questions certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL KROHNBERG and Another v. BENJO DRESS COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MILTON BLUMBERG against REUBEN SAMUELS, President of REUBEN SAMUELS, INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL FISHMAN, Appellant, and "JOHN DOE," the Said Name Being Fictitious, etc., Plaintiff, v. JULIA E. CAMERON and WALTER SCOTT CAMERON.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.